CHARLES LOON *vs.* E. R. JONES, Admr.

Kennebec County.  Decided February 20, 1915.  An action of assumpsit upon an account annexed, against defendant as administrator of the estate of Simeon G. Davis, deceased, for labor performed for latter during six years next prior to his decease, which occurred April 24, 1913.  Plea, general issue.  The jury returned a verdict for plaintiff of $484.67.  Defendant filed general motion for a new trial. Motion overruled.  *L. T. Carleton,* for plaintiff.  *H. E. Foster, and G. W. Heselton,* for defendant.

---

WILLIAM E. DYER, Guardian, Appellant from Decree of Judge of Probate, *vs.* FRED BROWN.

Penobscot County.  Decided February 23, 1915.  At hearing in Supreme Court of Probate, the presiding Judge of said Court allowed the will of Electa Howes, who died in Bangor, in said County, on the 24th day of September, 1913.  The appellant filed and had allowed exceptions to the allowance of said will.  Exceptions overruled. *U. G. Mudgett,* for appellant.  *Mayo & Snare,* for defendant.